IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION FILE NO. 5:16-cv-02-DSC

| | |
|---|---|
| GRADY AUSTIN POTTER, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W COLVIN, ) <br> Acting Commissioner, ) <br> Social Security Administration, ) <br> Defendant. ) | ORDER |

Upon consideration of the Plaintiff's Motion for Attorney's Fees, Defendant's consent in this matter, and the Court being fully advised in this case, it is hereby ORDERED that the Defendant will pay $5,500.00 to Plaintiff in full satisfaction of any claims under 28 U.S.C. § 2412(d).

**SO ORDERED**.

Signed: September 7, 2016

David S. Cayer
United States Magistrate Judge